STEVENS v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Augustus Albert Stevens for compensation under the Workmen's Compensa-

tion Law (Consol. Laws, c. 67) against the Lehigh Valley Railroad Company.

PER CURIAM. Award affirmed, upon the authority of Matter of Winfield, 168 App. Div. 351, 153 N. Y. Supp. 499.

SMITH, P. J., dissents. KELLOGG, J., not sitting.